**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADMINISTRATIVE DISTRICT** | ) | |
| **COUNCIL 1 OF ILLINOIS OF THE** | ) | |
| **INTERNATIONAL UNION OF** | ) | **Case No. 18 C 3519** |
| **BRICKLAYERS AND ALLIED** | ) | |
| **CRAFTWORKERS, AFL-CIO,** | ) | **Judge Kennelly** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **LCS CONSTRUCTION COMPANY, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Administrative District Council 1 of Illinois of the International Union of

Bricklayers and Allied Craftworkers, AFL-CIO ("Union"), with the consent of Defendants LCS

Construction Company and Kenneth Littwin, Jr., as indicated by the signature of their attorney,

dismisses this suit without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) but with the claims

regarding "Monetary Obligations" as defined in the parties' settlement agreement effective

October 23, 2018, being fully resolved through settlement and with no party being responsible for

the fees or costs of any other party.

Defendants LCS Construction Company and
Kenneth Littwin, Jr., through their Attorney,
stipulate to this dismissal.

/s/ William P. Foley
William P. Foley
Attorney for Defendants

Date: November 1, 2018

/s/ Barry M. Bennett
Barry M. Bennett
Attorney for Plaintiff

Date: November 1, 2018

Barry M. Bennett
Josiah A. Groff
DOWD, BLOCH, BENNETT, CERVONE,
 AUERBACH & YOKICH
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361
bbennett@laboradvocates.com